PER CURIAM.
 

 We affirm appellant’s judgment and sentence in this appeal, which was brought pursuant to
 
 Anders v. California,
 
 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). However, we remand,for correction of the judgment of conviction to reflect that the battery conviction was pursuant to section 784.03(1), not section 784.08(1), Florida Statutes. The judgment and orders of probation should also be corrected to reflect that appellant was found guilty after a jury trial, not that he entered a plea of guilty.
 

 
 *333
 

 Affirmed and remanded for correction of judgment and sentence.
 

 WARNER, POLEN and LEVINE, JJ., concur.